ETTA S. MILLER, Respondent, v. ROBERT M. MILLER, Appellant.— Order adjudging the defendant guilty of contempt of court for failing to pay alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Tompkins, Davis and Johnston, JJ., concur; Hagarty, J., not voting.

PASQUALE MONTALBANO and Others, Appellants, v. LIEBMANN BREWERIES, INC., Respondent.— Action to enjoin defendant from operating an electrically driven water pump. Judgment dismissing the complaint reversed on the law and a new trial granted, costs to appellants to abide the event. Plaintiffs made out a *prima facie* case; the evidence raised issues of fact which put the defendant to its proof. Findings of fact inconsistent with the decision are reversed. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur. Settle order on notice.

PASQUALE MONTALBANO and Others, Appellants, v. LIEBMANN BREWERIES, INC., Respondent.— In view of the decision in *Montalbano* v. *Liebmann Breweries, Inc.*, (*ante*, p. ——), decided herewith, the appeal from the order dated March 12, 1935, modifying the decision and judgment dated October 25, 1934, is dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

NEW YORK FOUNDATION, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— In an action to determine a claim to real property pursuant to sections 500 to 512 of the Real Property Law, judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and Another, Respondents, v. THE CITY OF NEW YORK and Others, Defendants; AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Resettled order in so far as it denied motion to direct plaintiffs to state and number separately the causes of action set forth in the amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LACERRA, Appellant. (Appeal No. 1.) Defendant was convicted of grand larceny in the second degree in the theft of an automobile on which he changed the motor number and registered the car in an apparently fictitious name in a county remote from his place of residence. Judgment of conviction of the County Court of Kings county unanimously affirmed. (Code Crim. Proc. § 542.) No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LA CERRA, Appellant. (Appeal No. 2.) — Defendant was convicted of the crime of grand larceny in the second degree in stealing an automobile, altering the motor number and registering the same in a county remote from his place of residence. Having been previously convicted of another felony, he was sentenced to a term of five years in Sing Sing Prison. Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.